```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-44502 WJL** |
| **AARON MICHAEL QUISTAD and AMBER CHRISTIANNE QUISTAD,** | Chapter 13 |
| Debtors. _____/ | **MOTION TO DISMISS CHAPTER 13 CASE AS TO AMBER CHRISTIANNE QUISTAD ONLY AND NOTICE THEREON** |

    Amber Christianne Quistad, co-debtor herein, moves to dismiss herself only from the Chapter 13 proceeding. The proceeding shall continue as to Aaron Michael Quistad.

    Unless a party files and serves an opposition to the dismissal within seven (7) days from service of the motion, the Court may grant the requested relief without hearing or further notice. If an objection is timely filed and served, the debtor must schedule a hearing on the motion and the objection to be heard on not less than seven (7), nor more than fourteen (14) days notice to the objecting party, the Chapter 13 Standing Trustee and the United States Trustee.

Dated: July 10, 2012                   /s/ Patrick L. Forte
                                                 PATRICK L. FORTE
                                                 Attorney for Debtors

Dated: June 30, 2012                   /s/ Amber Christianne Quistad
                                                 AMBER CHRISTIANNE QUISTAD