B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District Of California

In re Aaron Michael Quistad,　　　　　　　　　Case No. 12-44502-WL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | GMAC Mortgage, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Bankruptcy Department
1100 Virginia Drive
Forr Washington, PA 19034
Phone: 800-850-4622
Last Four Digits of Acct #: 6835

Court Claim # (if known): 5
Amount of Claim: $386,277.95
Date Claim Filed: 09/06/2012

Phone: 800-850-4622
Last Four Digits of Acct. #: 6835

Name and Address where transferee payments should be sent (if different from above):
Attn: Payment Processing
3451 Hammond Avenue
Waterloo, IA 50702
Phone: 800-850-4622
Last Four Digits of Acct #: 6835

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nancy Ly　　　　　　　　　　　　　Date: 4/3/13
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 12-44502   Doc# 42   Filed: 04/08/13   Entered: 04/08/13 09:47:42   Page 1 of 1