Entered on Docket
August 24, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 24, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In Re:  Aaron Michael Quistad,
        Amber Christianne Quistad

Debtor(s)/

Case No.: 12-44502 WJL

Chapter: 13

**ORDER VACATING ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE AFTER CASE COMPLETION**

On 8/12/17, the Clerk's Office entered the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion on the above captioned case in error.

In light of the above and good cause appearing, IT IS ORDERED that the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion in the above captioned case are vacated.

**END OF ORDER**

COURT SERVICE LIST

All Recipients