# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Amber Christianne Quistad<br>Debtor(s) | Case No.: 12–44502 WJL 13<br>Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AFTER CASE DISMISSAL AND FINAL DECREE

The above–captioned case having been dismissed by order on 07/19/2012 and the Chapter 13 Trustee Final Report and Account on file showing all required distributions have been made,

IT IS ORDERED THAT:

MARTHA BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 8/24/17

By the Court:

William J. Lafferty
United States Bankruptcy Judge