

The following constitutes the order of the court.
Signed August 24, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Aaron Michael Quistad,      Case No.: 12-44502 WJL
       Amber Christianne Quistad

Debtor(s)/      Chapter: 13

**AMENDED ORDER VACATING ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE AFTER CASE COMPLETION**

On 8/23/17, the Clerk's Office entered the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion on the above captioned case in error.

In light of the above and good cause appearing, IT IS ORDERED that the Order Discharging Chapter 13 Trustee and Final Decree After Case Completion in the above captioned case are vacated.

**END OF ORDER**

COURT SERVICE LIST

All Recipients